UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA MAGISTRATE JUDGE
O'SULLIVAN

CASE NO.: _____

STEPHANIE FLEMING,     07-60937

Plaintiff,

v.     CIV-UNGARO-

TARGET BANK,

Defendant.

_____/



FILED by ___ D.C.
INTAKE
JUL -3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## NOTICE OF REMOVAL

The Defendant, Target Bank, by and through its undersigned counsel, hereby files this Notice of Removal in the above-styled cause to the United States District Court, Southern District of Florida, on the following grounds:

1. Plaintiff Stephanie Fleming originally commenced this civil action in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. A copy of the Summons (April 16, 2007) and the Complaint (April 12, 2007), being all the process, pleadings, and orders served on Defendant Target Bank in the state-court action, accompany this notice as Exhibit 1.

2. The Complaint was the initial pleading setting forth the purported claims for relief upon which the state-court action is based.

3. The case that the Complaint purportedly stated was and is removable.

Seipp, Flick & Kissane

4. Defendant Target Bank received the Summons and the Complaint by service on June 13, 2007. It had not received the Summons or Complaint in any other manner prior to June 13, 2007.

5. Defendant Target Bank is filing this notice within thirty (30) days after receiving the Summons and the Complaint.

6. This Court would have had original jurisdiction over the state-court action under 28 U.S.C. §1331 and 15 U.S.C. §1640(e).

7. The state-court action is removable under 28 U.S.C. §§1441(a) and 1446.

8. The state-court action is not a non-removable action under 28 U.S.C. §1445.

9. Promptly after filing this Notice, Defendant Target Bank will give written notice to the Plaintiff and will file a copy with the Clerk of the Courts for Broward County, Florida.

WHEREFORE, Defendant Target Bank respectfully prays that the state court proceed no further, and that any further proceedings in this action occur in the United States District Court for the Southern District of Florida.

Seipp, Flick & Kissane

Fleming v. Target
Case No.: _____

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Facsimile & US Mail this 3rd day of July, 2007, to **Ms. Laura Hess, Esq.**, *Attorney for the Plaintiff*, Hess Kennedy Company Chartered, 210 North University Drive, 2nd Floor, Coral Springs, Florida 33071.

SEIPP, FLICK & KISSANE, LLP
Attorneys for Defendant Target Bank

By: _/s/ Kmae_
Charles P. Flick (FB#253324)
cflick@sfklaw.com
Kathleen S. Phang (FB#348650)
kphang@sfklaw.com
2 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
(305) 995-5604 [phone]
(305) 995-6100 [fax]

in association with

Brian Melendez
(Minnesota Bar No. 223633)
bmelendez@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7309 [phone]
(612) 766-1600 [fax]

## IN THE COUNTY COURT OF BROWARD COUNTY, FLORIDA

STEPHANIE FLEMING,
    Plaintiff,

v.

TARGET BANK,
    Defendants.

CASE NO.: 07 05911

Salt Lake County Sheriff's Office
James M. Winder, Sheriff
Court Services Division
MARTIN R. ~~~~~779
Served by Deputy _Brown_
On _6·13_, 200_7_ at _0938_ hours
Served at _136 E South Temple_
Manner of Service _Per_
Signed _____

51

### SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

    **TARGET BANK**
    **C/O CT CORPORATION SYSTEM**
    **136 EAST SOUTH TEMPLE, SUITE 2100**
    **SALT LAKE CITY, UT 84111**

Each defendant is required to serve written defenses to the complaint or petition on the attorney named below, within 20 days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED: **APR 1 6 2007**

LAURA HESS, ESQUIRE
**HESS KENNEDY COMPANY CHARTERED**
210 NORTH UNIVERSITY DRIVE
SECOND FLOOR
CORAL SPRINGS, FL 33071
954-345-7848 TELEPHONE
954-727-8711 FACSIMILE

**HOWARD C. FORMAN**
CLERK OF THE COURT
As Clerk of the Court
By: REGINA CASH
As Deputy Clerk
**A TRUE COPY**
CIRCUIT/COUNTY
COURT SEAL

IN THE COUNTY COURT OF BROWARD COUNTY, FLORIDA

STEPHANIE FLEMING,
    Plaintiff,

v.

TARGET BANK,
    Defendants.

CASE NO.:

07 05911 COCE

A TRUE COPY

COMPLAINT

STEPHANIE FLEMING ("FLEMING"), complains as follows against TARGET BANK ("TARGET"):

1. This is an action for actual damages and statutory damages greater than $5000.00 but less than $15,000.00, and attorneys fees for violation of the Fair Credit Billing Act (part of the Truth in Lending Act), 15 U.S.C. §1666 and Regulation Z issued thereunder.

2. This Court has jurisdiction pursuant to 15 U.S.C. § 1640(e), Fla. Stat. §48.193(1)(a),(b), & (2) and *Posner v. Essex Ins. Co., Ltd.*, 178 F.3d 1209 (11th Cir. 1999).

3. Defendant **TARGET** is a National Bank that transacts significant business in Broward County, Florida in its own name and through its affiliate, Foreign Corporation **TARGET CORPORATION**.

4. Plaintiff **FLEMING** is a natural people who entered into an open-end credit transaction, namely a **TARGET** account, with Defendant **TARGET** for personal, family, and household purposes.

6. At all timed material hereto, Defendant **TARGET**, in the ordinary course of business, regularly extended open-end consumer credit, pursuant to a credit card account, on which Defendant **TARGET** assessed finance charges.

7. Beginning with the periodic statement with a closing date January 21, 2007, finance charges and daily periodic interest rates began appearing on Plaintiff's **TARGET** credit card account.

8. Plaintiff did not agree to those charges.

9. Within 60 days after transmission of the statement, plaintiff sent a notice disputing the charges to Defendant **TARGET** at the address stated on the periodic statement.

10. Subsequent to the above notice being sent, but prior to 30 days after receiving Defendant's notice, Attorneys for the Plaintiff sent Defendant **TARGET** notice disputing the charges as well as requesting additional information relating to Defendant **TARGET**'s initial disclosure statements and compliance with Federal law governing Banks insured by the Federal Depository Insurance Corporation.

11. Defendant **TARGET** did not, within two complete billing cycles after receipt of the notice, either correct the error and transmit to plaintiff, or plaintiff's attorney, a notification of the corrections or investigate the error and send plaintiff a written explanation.

12. Despite its receipt of plaintiff's billing error notice, and before meeting the requirements of 15 U.S.C. §1666 to either correct the error or investigate and send an explanation of the charges; Defendant **TARGET** made or threatened to make an adverse credit report regarding plaintiff.

13. Despite its receipt of plaintiff's billing error notice, and before meeting the requirements of 15 U.S.C. §1666 to either correct the error or investigate and send an explanation of the charges, Defendant **TARGET** took action to collect the disputed amount by calling Plaintiff, sending Plaintiff notices and contacting plaintiff at work and at home demanding payment.

WHEREFORE, Plaintiff **FLEMING** prays for judgment against Defendant **TARGET** for:

- A. Actual damages;
- B. Statutory damages in an amount of double the finance charge pursuant to 15 U.S.C. §1640(a)(2);
- C. Pursuant to 15 U.S.C. §1666(e), a declaration that Defendant has forfeited any right to collect the first $50.00 of the disputed amount and any finance charges thereon from Plaintiff;
- D. Costs and attorneys fees; and
- E. Such other relief as the Court deems proper.
- F. Trial by jury.

**Respectfully submitted,**

**LAURA HESS, ESQUIRE**
HESS KENNEDY COMPANY CHARTERED
210 NORTH UNIVERSITY DRIVE
CORAL SPRINGS, FL 33071
TEL: 954-752-1950
FAX: 954-727-8722

BY: _____
LAURA HESS       FBN: 280940

Date: 04/12/2007

3

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**I. (a) PLAINTIFFS**
STEPHANIE FLEMING

**DEFENDANTS**
TARGET BANK

MAGISTRATE JUDGE
O'SULLIVAN

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Ms. Laura Hess, Esq.
Hess Kennedy Company Chartered
210 North University Drive, 2nd Floor
Coral Springs, Florida 33071

Attorneys (If Known)
Charles P. Flick, Esq.
Kathleen S. Phang, Esq.

07-60937

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:07CV60937-UU O'Sullivan

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability |  | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☑ 480 Consumer Credit |
|  | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

FILED by __ D.C.
INTAKE
JUL -3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO
b) Related Cases ☐ YES ☐ NO
JUDGE _____
DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1331 and 15 U.S.C. Section 1640(e)
Allegations: violation of Fair Credit Billing Act
LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD _____

DATE
July 3, 2007

FOR OFFICE USE ONLY
AMOUNT 350.00  RECEIPT # _____  IFP _____

540409